A04A1305. THE STATE v. BIBBINS.
(630 SE2d 134)

BERNES, Judge.

In *Bibbins v. State,* 280 Ga. 283 (627 SE2d 29) (2006), the Supreme Court of Georgia reversed the judgment of this Court in *State v. Bibbins,* 271 Ga. App. 90 (609 SE2d 362) (2004). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own. Furthermore, pursuant to the Supreme Court's

---

[15] *O'Bryant,* supra at 495.

instruction, we vacate the trial court's order entered in this case and remand for entry of a valid ruling on Bibbins' motion to suppress.

*Judgment vacated and case remanded with direction. Ruffin, C. J., Andrews, P. J., Johnson, P. J., Miller, Ellington and Adams, JJ., concur.*

DECIDED APRIL 13, 2006.

*William T. McBroom, District Attorney, Thomas J. Ison, Jr., Assistant District Attorney*, for appellant.

*Virgil L. Brown & Associates, Virgil L. Brown, Eric D. Hearn, Ronald J. Ellington*, for appellee.